Order issued October ㄴㄴ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01190-CV

IN THE INTEREST OF P.E., C.E., C.E., AND S.E., CHILDREN

On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-10-5399-T

## ORDER

On July 10, 2012, Father appealed the trial court's final judgment and at the same time filed an affidavit of indigence. The appeal was docketed as cause number 05-12-00944-CV and styled as the instant appeal, *In the Interest of P.E., C.E., C.E., and S.E., Children.* Father's affidavit of indigence was contested, and by order dated July 18, 2012, the trial court sustained the contest. On August 17, 2012, Father filed a separate notice of appeal from that order. That appeal is the instant appeal.

Because Father's appeal from the order sustaining the contest is ancillary to his appeal from the final judgment, we **CONSOLIDATE**, on our own motion, the instant appeal into the appeal of cause number 05-12-00944-CV. The parties shall now use only cause number 05-12-00944-CV when referencing the appeal.

We construe Father's appeal of the order sustaining the contest as a motion to review that order pursuant to rule of appellate procedure 20.1(j). *See* TEX. R. APP. P. 20.1(j)(1). Under rule

20.1(j), the motion should have been filed no later than July 30, 2012. *See id.* 4.1(a), 20.1(j)(2). Accordingly, we directed Father to file an extension motion complying with appellate rule 10.5(b). *See id.* 10.5(b), 20.1(j)(2). Father complied and explained he was unaware of the recent procedural amendments to rule 20.1. Appellee, though given an opportunity to respond, has not responded.

We **GRANT** Father's extension motion and **ORDER** the motion to review the court's order sustaining the contest filed as of the date of this order. We further **ORDER** Dallas County District Clerk Gary Fitzsimmons and Court Reporter Kim Allen to prepare, certify, and file, **WITHIN THREE (3) DAYS** of the date of this order and without advance payment of costs, the clerk's and reporter's record of the hearing on Father's affidavit of indigence and the contest. *See id.* 20.1(j)(3). Because Father's motion to review will be granted by operation of law if no ruling is made within ten days of the date of this order, no extensions for filing the record will be granted. *See id.* 20.1(j)(4).

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to Dallas County District Clerk Gary Fitzsimmons and Court Reporter Kim Allen.

ELIZABETH LANG-MIERS
JUSTICE

–2–